# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ROBERT W. FORD, JR.,**

      **Plaintiff,**

**CASE NUMBER: 04-73225**

**v.**

**HONORABLE VICTORIA A. ROBERTS**

**MAG. JUDGE WALLACE CAPEL**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 2, 2005 Magistrate Judge Capel issued a Report and Recommendation [Doc. 12], recommending that Defendant's Motion to Dismiss [Doc. #8] be GRANTED. Neither party has filed objections within the ten day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion to Dismiss is **GRANTED**.

    **IT IS SO ORDERED**.

                       s/Victoria A. Roberts
                       Victoria A. Roberts
                       United States District Judge

Dated: June 13, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 13, 2005.

s/Linda Vertriest
Deputy Clerk